# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00469-CR

**Dylan James Larson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2020-541A, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due December 13, 2024. After this Court granted multiple motions requesting an extension of time to file his brief, appellant's brief was due April 16, 2025. In granting the most recent extension, this Court advised counsel that no further extensions would be granted and that failure to file a timely brief would result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure. To date, the brief has not been tendered for filing and is overdue. On April 16, 2025, counsel filed a fifth motion requesting an extension of time to file his brief, which is denied.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* If necessary, the court shall appoint

substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than May 9, 2025. *See id.* R. 38.8(b)(3).

It is so ordered April 24, 2025.

Before Justices Triana, Theofanis, and Crump

Abated and Remanded

Filed: April 24, 2025

Do Not Publish